

# CITY OF HOUSTON

**Houston Public Works**
**Houston Permitting Center**
**Habitability Inspection Section**
1002 Washington Ave, Houston, Texas 77002  832-394-8841

RAMA INDIGO FALLS LLC
1200 BLALOCK RD # 210
HOUSTON, TX 77055

**23-AUG-2022**

Habitability Project: **22083950**

## NOTICE OF VIOLATIONS

According to one or more public records, you are the owner, or the registered agent of the owner, of the multi-family rental building located at **10910 GULF FWY**, Houston, Texas 77034 (the "Property"). On 19-AUG-2022, one or more employees of the City of Houston inspected the Property pursuant to Section 10-157 of the City's Code of Ordinances.

As noted on the enclosed Habitability Inspection Corrections Report (the "Corrections Report"), the City has determined that the Property is in violation of the City of Houston Construction Code and/or the City's Code of Ordinances. **The violations must be addressed as specified in the Corrections Report.** It is the owner's legal obligation to bring the Property into full Compliance with the City's laws within the time stated in the Corrections Report, unless this Department extends the deadline in writing.

If correction of the violations requires a Structural permit, the permit may be obtained from the City by you or your authorized representative. Electrical, Plumbing, and HVAC permits, however, must be obtained from the City by a licensed contractor. Each permit should bear the Project Number assigned to the particular building at which the corrective work will be performed.

Your licensed contractor should call the appropriate department as shown below to request the required inspection(s). Inspections also may be scheduled at www.houstonpermittingcenter.org or by calling the Department's automated inspection request line at 713-222-9922. It is the duty of the person requesting an inspection to provide the inspector with (1) physical access to the work for which the permit was issued, (2) a copy of the Corrections Report, and (3) any permits or plans required by the Construction Code.

It is the owner's duty to notify this Department when all violations have been corrected. An inspection for final approval is required for each permit issued and for each building at which the Corrections Report has noted a violation.

| Department | Phone No. | Department | Phone No. |
|---|---|---|---|
| Structural | (832) 394-8840 | Electrical | (832) 394-8860 |
| H.V.A.C. | (832) 394-8850 | **Plumbing** | (832) 394-8870 |
| Occupancy | (832) 394-8880 | To apply for a certificate of occupancy please call Occupancy | |

**EXHIBIT 2**

**The failure of an inspector or other City employee to observe a violation of the City's laws does not absolve an owner of responsibility to bring the property into compliance. Lack of compliance may result in the issuance of criminal citations or other legal action against the owner or the owner's agents.**

If you believe this Notice of Violations or the Corrections Report is inaccurate in any respect, please contact the Department at 832-394-8841 at your earliest convenience. The City of Houston appreciates your cooperation in this matter, and we look forward to working with you.

                    Byron D. King
                    Building Official for the City of Houston

**EXHIBIT 2**

# << NOTICE OF VIOLATIONS CONTINUED >>

```
Constance Marie-------------- Habitability Inspector----------------
If you wish to contact this inspector, they may be reached at 832-394-8841
Monday thru Friday Between 7:00 a.m. and 8:00 a.m.
```

```
HE02*AN ELECTRICAL PERMIT SHALL BE REQUIRED.
THE APPLICATION FOR THIS PERMIT SHALL BE SUBMITTED WITH A TYPED & SIGNED
LIST OF THE PROPOSED SCOPE OF WORK, INCLUDING A COPY OF THIS HABITABILITY
INSPECTION REPORT.
THIS LIST SHALL HAVE THE MASTER PROJECT NUMBER DISPLAYED.

****IF YOU REQUIRE ADDITIONAL INFORMATION ON THIS ITEM, CALL 832-394-8860***
****************POST A COPY OF THE PERMIT ON THE JOB SITE *******************
-----------------------------------------------------------------------------
```

```
HE07*REPLACE ALL MISSING J-BOX COVERS AND KNOCK-OUT SEALS (CLOSE UNUSED
      OPENINGS IN BOXES,PANELS,GUTTERS,RACEWAYS ETC.)
-----------------------------------------------------------------------------
```

```
HE08*INSTALL A DRIVEN GROUND ROD TO CODE AND WIRE TO MAIN SERVICE EQUIPMENT
AS PER CODE.
-----------------------------------------------------------------------------
```

```
HE09*INSTALL A BOND WIRE BETWEEN METAL WATER PIPING AND MAIN SERVICE
EQUIPMENT AS PER CODE.
-----------------------------------------------------------------------------
```

```
HE12*REPLACE ALL MISSING DEAD FRONT COVERS, PANEL COVERS, GUTTER COVERS, AND
MOTOR COVERS, ALSO ENSURE THAT THE SERVICE HAS CORRECT FUSE AND/OR BREAKER
SIZES AND THERE ARE NO "DOUBLED- UP" TERMINAL CONNECTIONS.
-----------------------------------------------------------------------------
```

```
HE15*REPLACE MISSING FILLERS IN PANEL.
-----------------------------------------------------------------------------
```

# << NOTICE OF VIOLATIONS CONTINUED >>

HE19*REMOVE ALL EXTENSION CORDS USED IN LIEU OF PERMANENT WIRING METHODS.
ATTACHMENT CORDS LONGER THAN 6 FEET ARE NOT ALLOWED.

NOTE: IF RECEPTACLES OR OTHER WIRING METHODS ARE INSTALLED TO REPLACE THESE
CORDS, A MASTER ELECTRICIAN WITH AN ELECTRICAL PERMIT IS REQUIRED.
------------------------------------------------------------------------

HE23*PROPERLY SUPPORT LOOSE AND SAGGING CONDUIT. ENSURE THERE ARE NO MISSING,
BROKEN, OR LOOSELY CONNECTED FITTINGS. PROPERLY SUPPORT ELECTRICAL PANELS,
METER BANKS, DISCONNECTS, AND OTHER ELECTRICAL EQUIPMENT.
------------------------------------------------------------------------

HE33*REMOVE ALL EXPOSED ROMEX AND/OR OPEN WIRING LOCATED OUTSIDE THE BUILDING
REWIRE ALL FIXTURES SERVED BY THE ROMEX AND/OR OPEN WIRING TO CODE. IF THE
FIXTURES ARE NOT REQUIRED, THE WIRING MAY BE PROPERLY ABANDONED.
------------------------------------------------------------------------

HE54*IN ADDITION TO THE CALLED INSPECTIONS REQUIRED BY THIS CODE, THE
BUILDING OFFICIAL MAY MAKE OR REQUIRE OTHER INSPECTIONS OF ANY WORK TO
ASCERTAIN COMPLIANCE WITH THE PROVISIONS OF THIS CODE AND OTHER APPLICABLE
LAWS. DEFICIENCIES NOT OBSERVED BY INSPECTOR DOES NOT ABSOLVE OWNER OF
RESPONSIBILITY  WHERE ADDITIONAL DEFICIENCIES REQUIRING CORRECTIONS EXIST.
------------------------------------------------------------------------

HE99* PLEASE SEE ** ADDITIONAL ELECTRICAL COMMENTS **
------------------------------------------------------------------------

1. [HE02] **OBTAIN 21 ELECTRICAL PERMITS AND REPAIR UNSAFE ELECTRICAL.**
    **BLDG #11, 12, 13, 17, 26, 27, 31, 32, 34, 35, 36, 37, 40, 44, 45,
        46, 47, 55, 56, 57, AND 58.**

    [----] **REPAIR UNSAFE ELECTRICAL, NO PERMIT REQUIRED FOR THE FOLLOWING
        BLDGS.
        BLDG #1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 14, 15, 16, 18, 19, 20,
            21, 22, 24, 25, 28, 29, 30, 38, 39, 41, 42, 48, 49, 51, 54,
            59, 60, 61, AND 62.**

2. [HE07] **ENSURE MISSING/DAMAGED J-BOX COVERS, KNOCK-OUTS, A/C COVERS,
        GUTTER COVERS, AND CONDUIT COVERS ARE IN PLACE.
        BLDG #4, 5, 6, 11, 13, 14, 17, 26, 29, 30, 32, 42, 47, 51, AND 62.**

3. [HE08] **ENSURE PROPER GROUNDING IS IN PLACE.**
   [HE09] **ENSURE PROPER WATER BONDS ARE IN PLACE.**

## << NOTICE OF VIOLATIONS CONTINUED >>

```
              BLDG #12, 13, 17, 26, 27, 31, 32, 34, 35, 36, 37, 40, 46, 47,
                   55, 56, AND 58.

4.  [HE12]    ENSURE ALL DEAD FRONTS ARE IN PLACE. CHECK ALL PANELS.
              BLDG #4, 7, 9, 11, 14, 15, 16, 17, 18, 19, 21, 22, 24, 25, 27, 30,
                   31, 32, 35, 36, 37, 44, 45, 47, 48, AND 61.

5.  [HE15]    ENSURE THERE ARE NO MISSING SPACERS IN PANEL. CHECK ALL PANELS.
              BLDG #2, 3, 4, 5, 7, 8, 9, 10, 11, 13, 16, 17, 18, 20, 21, 26, 38,
                   39, 54, 55, 57, 59, 60, AND 61,

6.  [HE19]    REMOVE (EXTENSION CORDS) / (SURGE PROTECTORS) USED IN LIEU OF
              PERMANENT WIRING.
              BLDG #17, 22, AND 38.

7.  [HE23]    SUPPORT GUTTERS, METER BANKS, AND PANELS ON EXTERIORS OF BUILDINGS
              ALL BUILDINGS OR INCLUDING AT BUILDINGS . SUPPORT CONDUIT
              AND REPLACE BROKEN/RUSTED CONDUIT ON EXTERIORS OF BUILDINGS.
              BLDG #10, 25, 28, 35, 36, 37, 42, 44, AND 49.

8.  [HE33]    OPEN WIRING, OPEN SPLICES, EXPOSED ROMEX, SINGLE CONDUCTORS,
              FLOATING RECEPTACLES ON EXTERIORS OF BUILDINGS INCLUDING
              AT (EXTERIOR LIGHTS).
              BLDG #1, 2, 6, 10, 12, 27, 29, 30, 44, AND 57.
```

### Habitability Mechanical Comments

```
Constance Marie-------------- Habitability Inspector----------------
If you wish to contact this inspector, they may be reached at 832-394-8841
Monday thru Friday Between 7:00 a.m. and 8:00 a.m.



HA05    H.V.A.C. IS APPROVED FOR HABITABILITY.
```
---

### Habitability Plumbing Comments

```
Daion Burleigh-------------- Habitability Inspector----------------
If you wish to contact this inspector, they may be reached at 832-394-8841
Monday thru Friday Between 7:00 a.m. and 8:00 a.m.
```

# << NOTICE OF VIOLATIONS CONTINUED >>

```
HP01    PLANS AND PLUMBING PERMIT SHALL NOT BE REQUIRED.
-------------------------------------------------------------------------------

HP34    REPLACE ALL MISSING, BROKEN OR INCORRECT TYPE CLEAN OUT PLUGS.
-------------------------------------------------------------------------------

HP99*   PLEASE SEE ** ADDITIONAL PLUMBING COMMENTS **
-------------------------------------------------------------------------------
```

1. [HP01]  REPAIR UNSAFE PLUMBING, NO PERMIT REQUIRED.
           BLDGS #2, 8, 13, 15, AND 29.

2. [HP34]  REPLACE ANY MISSING OR INCORRECT CLEAN OUT CAPS.
           BLDGS #2, 8, 13, 15, AND 29.
   ****    CLEAN OUT ANY SEWAGE OVERFLOW REMNANTS AND SANITIZE AFFECTS AREAS.

## Habitability Structural Comments

HS02    A STRUCTURAL PERMIT SHALL BE REQUIRED.  THE APPLICATION FOR THIS PERMIT SHALL BE SUBMITTED WITH A COPY OF THIS REPORT. THE MASTER PROJECT NUMBER OF THIS REPORT MUST APPEAR ON THE PERMIT.
        THIS PERMIT MAY REQUIRE A STATE MANDATED ASBESTOS SURVEY.  APPLICATION FOR THE PERMIT MAY BE OBTAINED FROM THE STRUCTURAL DEPARTMENT SECTION WHICH IS LOCATED AT 1002 WASHINGTON AVENUE.  IF YOU REQUIRE ADDITIONAL INFORMATION, CALL 832-394-8840.

****************POST A COPY OF THE PERMIT ON THE JOB SITE********************
-------------------------------------------------------------------------------

HS04    SUBMIT TWO SETS OF STRUCTURAL PLANS TO COMMERCIAL PLAN CHECKING AT
        1002 WASHINGTON AVE. 3RD FLOOR FOR APPROVAL.  PH# 832-394-8810. TWO
        COPIES OF THE HABITABILITY REPORT SHALL BE SUBMITTED WITH THE PLANS.

NOTE:   THE PLANS SHALL INCLUDE THE FOLLOWING:

        A) A PLOT PLAN SHOWING LOCATION OF THE BUILDING ON PROPERTY

        B) SHOW DISTANCE TO PROPERTY LINES

        C) SHOW DISTANCE TO ANY EXISTING BUILDINGS LOCATED ON THE SAME PROPERTY

        D) A FLOOR PLAN SHOWING EXIT DOORS, STORAGE AREAS, KITCHENS, TOILET

Report : ILMS912                    Printed: 23-AUG-2022              Project: 22083950

*** CONTINUED ON NEXT PAGE ***

# << NOTICE OF VIOLATIONS CONTINUED >>

      ROOMS, OFFICES, SPRAY ROOM/BOOTH, AND ANY OTHER ROOMS TO BE USED.

E) DETAIL DRAWINGS ON PLANS SHOWING MATERIALS AND TYPE OF CONSTRUCTION OF ANY REQUIRED FIRE WALLS, NEW PARTITIONS, OR NEW ADDITIONS TO THE EXISTING BUILDING.
F) WALL DETAILS OF HOW WALLS WILL BE REMOVED (IF WALLS ARE REMOVED) DOOR DETAILS, AND LANDING CONSTRUCTION.

THIS IS ONLY A GENERAL GUIDELINE OF PLAN REQUIREMENTS AND THE INSPECTOR THAT MADE YOUR INSPECTION MAY REQUIRE ADDITIONAL INFORMATION TO BE INCLUDED ON THE PLANS. MORE SPECIFICALLY, THE PLANS THAT ARE REQUIRED AND THE DATA THAT MAY BE REQUIRED ARE ONLY AS NEEDED TO MAKE THE CORRECTIONS FOR THIS REPORT.

---

HS32  REPAIR LEAKING ROOF IF APPLICABLE. REPLACE ALL ROTTEN STRUCTURAL MEMBERS; DECKING, RAFTERS, JOISTS, CORNICE, TRIM, OR TERMITE INFESTED MEMBERS. TO SCHEDULE A STRUCTURAL INSPECTION, CALL (713) 535-7800.

---

HS33  REPAIR OR REPLACE ALL DAMAGED STRUCTURAL MEMBERS IN THE GUARDRAILS. ALSO ENSURE THAT ALL GUARDRAILS ARE PROPERLY SECURED TO THE BUILDING OR LANDINGS IN AN APPROVED MANNER. THE GUARDRAILS SHALL BE ABLE TO WITHSTAND A LATERAL LOAD APPLIED HORIZONTALLY AT RIGHT ANGLES TO THE TOP RAIL OF A MINIMUM OF 200 POUNDS PER SQUARE FOOT.

---

HS36  REPLACE ALL MISSING AND/OR DAMAGED WINDOWS.

---

HS37  REPLACE ALL ROTTEN OR TERMITE INFESTED STRUCTURAL MEMBERS, INCLUDING AT POINT OF STAIR ATTACHMENT TO BUILDING WHERE STRUCTURAL MEMBER IS ROTTEN, CRACKED, OR UNSUPPORTED, OR WHERE STAIRS ARE PULLING AWAY FROM BUILDING. DO NOT COVER ANY OF THE REPLACED MEMBERS WITHOUT A COVER INSPECTION.

---

# << NOTICE OF VIOLATIONS CONTINUED >>

SR37   ALL REQUIRED STAIRS SHALL HAVE A MINIMUM TREAD OF 9 INCHES AND A MAX-
IMUM RISE OF 8 INCHES AND SHALL HAVE A MINIMUM WIDTH OF 30 INCHES EXCLUSIVE
OF HANDRAIL.  EVERY STAIRWAY SHALL HAVE AT LEAST ONE HANDRAIL.  A LANDING
HAVING A MINIMUM 30 INCH RUN IN THE DIRECTION OF TRAVEL SHALL BE PROVIDED AT
EACH POINT OF ACCESS TO THE STAIRWAY.
     EXCEPTION:  FIRE ESCAPES AS PROVIDED FOR IN THIS SECTION.
EXTERIOR STAIRS SHALL BE OF NONCOMBUSTIBLE CONSTRUCTION.
     EXCEPTION:  ON BUILDINGS OF TYPE III, IV AND V, PROVIDED THE EXTERIOR
STAIRS ARE CONSTRUCTED OF WOOD NOT LESS THAN 2-INCH NOMINAL THICKNESS.
---------------------------------------------------------------------------

HS40  EVERY ROOM CONTAINING A BOILER, CENTRAL HEATING PLANT, OR HOT-WATER
SUPPLY (WHERE THE LARGEST PIECE OF FUEL EQUIPMENT EXCEEDS 400,000 BTU'S PER
HOUR INPUT) SHALL BE SEPARATED FROM THE REST OF THE BUILDING BY NOT LESS THAN
A ONE-HOUR FIRE-RESISTIVE OCCUPANCY SEPARATION.
     ONE HOUR FIRE-RESISTIVE OCCUPANCY SEPARATION IS REQUIRED AT BOILER ROOMS
AT APARTMENTS AND "I" OCCUPANCIES REGARDLESS OF SIZE BTU.
     A TWO HOUR FIRE-RESISTIVE OCCUPANCY SEPARATION IS REQUIRED REGARDLESS OF
BTU SIZE IN ALL "H" OCCUPANCIES.
---------------------------------------------------------------------------

HS68   REMOVE/REPLACE ROTTEN OR MISSING EXTERIOR SIDING, SOFFIT, FASCIA, OR
TRIM AND REPAIR ANY DAMAGE TO STRUCTURE CAUSED BY WATER INFILTRATION OR
TERMITES. DO NO REPLACE SIDING OR COVER-UP STRUCTURAL MEMBERS UNTIL THEY HAVE
BEEN REPAIRED AND INSPECTED. SEAL HOLES IN BUILDING EXTERIOR.
---------------------------------------------------------------------------

HS99* PLEASE SEE ** ADDITIONAL STRUCTURAL COMMENTS **
---------------------------------------------------------------------------

1. [HS02] OBTAIN () STRUCTURAL PERMITS AND REPAIR UNSAFE STRUCTURAL.

   [----] REPAIR UNSAFE STRUCTURAL, NO PERMITS REQUIRED FOR THE
          FOLLOWING BUILDINGS.

   [HS04] ENGINEER'S LETTER SHALL BE REQUIRED FOR ANY REPAIRS REQUIRING
          WELDING FOR METAL STAIR ASSEMBLIES AND GUARDRAILS AND ANY
          ALTERATIONS OR DEVIATIONS FROM ORIGINAL BALCONY DESIGNS.

2. [HS32] REPAIR ROOF TO PREVENT WATER INFILTRATION. REPLACE ALL
          ROTTEN/DAMAGED STRUCTURAL MEMBERS, DECKING, AND TRIM.
          BLDG #09 AT UNIT 166.
          BLDG #13 AT UNIT 242.
          BLDG #22 - CHECK ALL.
          BLDG #49 - CHECK ALL.

3. [HS33] SECURE GUARDRAILS FOR BALCONIES/STAIRS/LANDINGS. REPAIR/REPLACE ANY
          BROKEN/MISSING GUARDRAIL MEMBERS.

# << NOTICE OF VIOLATIONS CONTINUED >>

```
BLDG #07 - CHECK ALL.
BLDG #42 - CHECK ALL.
BLDG #43 - CHECK ALL.
BLDG #44 - CHECK ALL.
BLDG #45 - CHECK ALL.
```

4. [HS36] REPLACE ALL MISSING/DAMAGED WINDOW GLAZING.
   BLDG #1, 5, 6, 8, 9, 10, 12, 13, 15, 16, 17, 18, 20, 21, 24, 25, 26, 27, 29, 31, 34, 35, 37, 38, 41, 42, 46, 49, 51, 53, 54, 55, 56, 60, AND 61.

5. [HS37] REPLACE ALL ROTTEN/DAMAGED STRUCTURAL MEMBERS SUPPORTING BALCONIES, INCLUDING UNSECURED/DAMAGED POSTS AND JOISTS.
   BLDG #1, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 21, 22, 24, 26, 27, 28, 29, 31, 34, 35, 38, 39, 41, 42, 43, 45, 46, 48, 49, 51, 55, 56, 57, 58, 60, 61, AND 62.

6. [37SR] REPAIR/REPLACE/SUPPORT STAIRS AT POINT OF ATTACHMENT TO BUILDING WHERE STRUCTURAL MEMBER IS ROTTEN, CRACKED OR UNSUPPORTED OR WHERE STAIRS ARE PULLING AWAY FROM BUILDING.
   BLDG #2, 11, 12, 14, 17, 19, 20, 27, 28, 38, 40, 51, AND 58.

7. [HS40] PROVIDE A MINIMUM ONE HOUR FIRE SEPARATION BETWEEN BOILER ROOM AND HABITABLE SPACE.
   BLDG #7 AND 26 AT BOILER ROOMS.

8. [HS68] REMOVE ROTTEN OR MISSING SIDING, SOFFIT, FASCIA, TRIM, AND REPAIR ANY DAMAGE TO STRUCTURE CAUSED BY WATER INFILTRATION. DO NOT REPLACE SIDING OR COVER-UP STRUCTURAL MEMBERS UNTIL THEY HAVE BEEN REPAIRED AND INSPECTED. SEAL HOLES IN BUILDING EXTERIOR.
   BLDG #1, 3, 6, 9, 10, 11, 13, 17, 22, 24, 27, 29, 34, 35, 36, 37, 39, 40, 42, 46, 48, 50, AND 56.



# CITY OF HOUSTON
### BUILDING CODE ENFORCEMENT
1002 WASHINGTON AVE. HOUSTON, TX 77002

## NOTICE OF DEFICIENCIES

**PROJECT INFORMATION**

| | |
|---|---|
| PROJECT NO. | 220843950 |
| ADDRESS | 10410 Gulf Fwy |
| BLD/FL | |
| DESCRIPTION | |
| INSP TYPE | OI1/HAB |
| AREA/LOCATION | |

**CORRECTIONS REQUIRED**

PLEASE CORRECT THE FOLLOWING PRIOR TO RE-SCHEDULING THIS INSPECTION:

You are directed by the Building official to:
1.) Obtain required permits and begin repairs immediately.
(44) Structural: #1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 19, 20, 21, 22, 24, 26, 27, 28, 29, 31, 34, 35, 37, 38, 39, 41, 42, 43, 45, 46, 48, 49, 51, 55, 56, 57, 58, 60, and 61.
(21) Electrical: # 11, 12, 13, 17, 26, 27, 31, 32, 34, 35, 36, 37, 40, 44, 45, 46, 47, 55, 56, 57, and 58.
2.) Repair unsafe structural, electrical, and plumbing. No permit required.
Structural: #16, 18, 25, 36, 40, 44, 50, 53, and 54. Electrical: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 14, 15, 16, 18, 19, 20, 21, 22, 24, 25, 28, 29, 30, 38, 39, 41, 42, 43, 49, 51, 54, 59, 60, 61. Plumbing: #2, 8, 13, 15, + 19.

SIGNATURE: [signature]   INSPECTOR #: H36/H43   DATE: 06/23/22

**CONTACT INFO**

| | | | |
|---|---|---|---|
| ☐ Structural Inspections | 832-394-8840 | ☐ Signs | 832-394-8890 |
| ☐ Electrical Inspections | 832-394-8860 | ☐ Occupancy Inspections | 832-394-8880 |
| ☐ Mechanical Inspections | 832-394-8850 | ☒ Habitability Inspections | 832-394-8841 |
| ☐ Plumbing Inspections | 832-394-8870 | ☐ Other _____ | |

To schedule inspections or check the status of inspections:
- Phone: 713-222-9922
- Online: http://www.houstonpermittingcenter.org/city-of-houston-permits/online-permits.html

To sign up for text or email messages of inspection results and /or estimated inspection times, visit https://telework.sivell.com/con2

## - DO NOT REMOVE THIS NOTICE -

EXHIBIT 2

CE-1274



# CITY OF HOUSTON
BUILDING CODE ENFORCEMENT
1002 WASHINGTON AVE. HOUSTON, TX 77002

## NOTICE OF DEFICIENCIES

**PROJECT INFORMATION**

| | |
|---|---|
| PROJECT NO. | 220463450 |
| ADDRESS | 10910 Gulf Fwy |
| BLD/FL | |
| DESCRIPTION | |
| INSP TYPE | OI / HAB |
| AREA/LOCATION | |

**CORRECTIONS REQUIRED**

PLEASE CORRECT THE FOLLOWING PRIOR TO RE-SCHEDULING THIS INSPECTION:

You are directed by the Building official to:
3.) Clean up sewage remnants and sanitize affected areas. BLD # 8, 13, and 29.

Failure to follow directive is a violation subject to citation daily for each violation, for each building.

SIGNATURE: _____  INSPECTOR #: H36 / H43  DATE: 08/23/2022

**CONTACT INFO**

- ☐ Structural Inspections — 832-394-8840
- ☐ Electrical Inspections — 832-394-8860
- ☐ Mechanical Inspections — 832-394-8850
- ☐ Plumbing Inspections — 832-394-8870
- ☐ Signs — 832-394-8890
- ☐ Occupancy Inspections — 832-394-8880
- ☑ Habitability Inspections — 832-394-8841
- ☐ Other _____

To schedule inspections or check the status of inspections:
- Phone: 713-222-9922
- Online: http://www.houstonpermittingcenter.org/city-of-houston-permits/online-permits.html

To sign up for text or email messages of inspection results and /or estimated inspection times, visit https://telework.sivell.com/con2

**- DO NOT REMOVE THIS NOTICE -**

EXHIBIT 2

CE-1274