United States District Court
Southern District of Texas
**ENTERED**
April 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CABO UNITED LLC, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | |
| MEENA R. PATEL, VIJAY BHASKAR § | CIVIL ACTION NO. 4:23-cv-03641 |
| ATTI, ISHAAN AGGARWAL, § | |
| KOTESWAR RAO GAJAVELLI, AND § | |
| SHEFALI AGGARWAL § | |
| § | |
| *Defendants.* § | |

## AGREED JUDGMENT

Pursuant to a settlement agreement entered into between Plaintiff Cabo United LLC ("**Lender**") and Defendant Koteswar Rao Gajavelli ("**Gajavelli**") in the above-captioned case, Lender and Gajavelli have stipulated that a judgment shall be entered as provided below.

IT IS THEREFORE ORDERED that a judgment shall be entered as follows:

Lender is awarded $2,000,000 on its claims against Gajavelli. Post-judgment interest on that award shall accrue at the interest rate of 8.5% per annum until the award is paid in full.

IT IS FURTHER ORDERED that all costs of Court shall be borne by the party incurring same.

IT IS FURTHER ORDERED that Lender is entitled to all writs and processes necessary for enforcement and collection of this Agreed Judgment.

This judgment finally disposes of all claims and parties in this case between Lender and Gajavelli.

IT IS SO ORDERED.

Signed at Houston, Texas this 22d day of April, 2025.

_____
Lee H. Rosenthal
United States District Judge